IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERMONT JUVENILE FURNITURE MANUFACTURING, INC. *d/b/a Pet Gear, Inc.* | : : : : | CIVIL ACTION |
| v. | : : | |
| FACTORY DIRECT WHOLESALE, INC. | : | NO. 16-1791 |

ORDER

AND NOW, this 22nd day of August, 2016, upon consideration of defendant Factory Direct Wholesale, Inc.'s motion to dismiss for lack of personal jurisdiction and improper venue or, in the alternative, motion to transfer venue (docket entry # 7), and plaintiff Vermont Juvenile Furniture Manufacturing, Inc.'s response in opposition thereto (docket entry # 8), and defendant's motion for leave to file a reply (docket no. 11) and plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's motion for leave to file a reply (docket entry # 10) is GRANTED;

2. The Clerk of Court shall DOCKET Exhibit A of defendant's motion for leave to file a reply as its "Reply to plaintiff's response in opposition to its motion to dismiss";

3. Defendant's motion to dismiss for lack of personal jurisdiction and improper venue is DENIED; and

4. Defendants' motion to transfer venue is GRANTED, and the Clerk of Court shall TRANSFER this matter and all case papers to the United States District Court for the Northern District of Georgia.

BY THE COURT:

\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.